James S. Schreier, State Bar No. 64570
jschreier@glaserweil.com
Sean Riley, State Bar No. 123533
sriley@glaserweil.com
GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Fidelity National Title Company

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MAHONEY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY NATIONAL TITLE COMPANY,<br><br>　　　　Defendant. | Case No. SACV 08-0561 AG(CWx)<br><br>**NOTICE OF SETTLEMENT**<br><br>[Honorable Andrew J. Guilford]<br>[Complaint filed: May 20, 2008] |

665854v1

TO THIS HONORABLE COURT:

Plaintiff PATRICK MAHONEY ("Mahoney"), and Defendant, FIDELITY NATIONAL TITLE COMPANY ("Fidelity"), by and through their respective counsel of record, hereby provide notice to the Court that the parties have reached an agreement in principle to settle this matter in its entirety and are presently involved in negotiating and finalizing a formal class action settlement agreement to jointly present to the Court for approval. The parties expect to be in a position to submit the final settlement agreement for preliminary approval by the Court within thirty (30) days.

DATED: February 4, 2009.

RIDOUT & LYON, LLP

_____
CHRISTOPHER P. RIDOUT
Attorney for Plaintiff
PATRICK MAHONEY and the Class

DATED: February 4, 2009.

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

_____,
SEAN RILEY
Attorneys for Defendant FIDELITY NATIONAL TITLE COMPANY

665854v1

1